**PC SCAN**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED** DJ

8/23/2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**PC9**

James Lee Dorsey

**1:18-CV-5772**

**JUDGE WOOD**
**MAGISTRATE JUDGE GILBERT**

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____

(To be supplied by the Clerk of this Court)

Michelle Williams,

Sgt: Taylor

Sgt: Dethrow

Lt: Bishop

Lt: Jacobs

Major: Lake

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

_____✓_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(2)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

James Lee Dorsey

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

Karen Rabideau

MR. Starky

Randy Pfister (Warden)

John Baldwin -

I.D.O.C. Director

John Does (1,2&3)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

③

I.   **Plaintiff(s):**

A.   Name: JAMES Lee DORSEY

B.   List all aliases: L.D. liTTle pATTle

C.   Prisoner identification number: RO3996

D.   Place of present confinement: StatoVille. CORR. Center

E.   Address: P.O.Box-112- Juliet, el. 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Michelle Williams

Title: CORREctional officer

Place of Employment: Stateville. Correctional Center.

B.   Defendant: S Gt. Taylor

Title: SEARGENT

Place of Employment: Statoville. Corr. Center

C.   Defendant: MS. Bishop

Title: lieutenent

Place of Employment: Stato Ville. Corr. Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

④

D. Defendant: MR Jacobs
TITLE: lieutenent:
Place of employment: Stateville CORR. Center

E. Defendant: MR Dethrow
TiTle: Seargent
place of employment: Stateville. CORR Center

F. Defendant: MR Starky
TiTle: Internal Affairs / officer
place of employment: Stateville. CORR. Center

G. Defendant: MR lake
TiTle: MAJOR / Correctional officer
Place of employment: Stateville CORR. center.

H. Defendant: KAREN RABideau
TiTle: placement officer
Place of employment: Stateville. CORR. center

I. Defendant: WARDEN: Randy pfister
TiTle: WARDEN:
Place of employment: Stateville. CORR. center

J. Defendant: MR John Baldwin
TiTle: Acting Director of I.D.O.C.
place of employment: Springfield, Ill

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: DORSEY V. Mitchell
CASE NO. 18 C 525

B. Approximate date of filing lawsuit: January of 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
JAMES Lee DORSEY A.K.A. L.P A.K.A
little pATTE

D. List all defendants: Dentist: Jaqueline mitchell
Dental ASST: Cristal luce
ORAl SurgeON: DR. CRAig

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court: Northern Dist: of Ill.

F. Name of judge to whom case was assigned: Andrea R. Woods

G. Basic claim made: Deliberate Indifference to A
SERIOUS Medical need

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

(J) Name of case and Docket number: Dorsey V. Obuisi

(1) Case No. 16-CV-7884: (pending)

(2) Date of filing lawsuit: March of 2016

(K) Name of case and Docket number: Dorsey V. Washing-

(1) Case No. 14 C-V-7627:

(2) Date of filing lawsuit: September of 2014

(8) list all plaintiffs: James Lee Dorsey

(9) list all Defendants: Timothy Washington

(5) Court in which lawsuit was filed: U.S. District
Court: Northern District of Ill.

(6) name of Judge: Matthew F. Kennelly

(7) Basic claim made: Deliberate Indifference
To my safety: (pending)

(L) name of case and Docket number: Dorsey V. Tarry
Williams, et. al: Case No. 15 C9876

(1) Date of filing: August of 2015

(2) list all plaintiffs: James Lee Dorsey

(3) list all Defendants: Tarry williams, Daniel Artl
Anna mcBee, leroy Banks, Jill Hosselton, Jerry Baldwin

(4) Court in which lawsuit was filed: U.S. District
Court: northern District of Ill.

(5) Basic claim made: Retaliation

(6) name of Judge: Matthew F. Kennelly

(7) Disposition of case: pending

(1)

(M) Name of case and Docket number: Dorsey v. Ghosh,
Case No. 13 C 5747

(1) Approximate Date of filing: September of 2013

(2) list all plaintiffs: James Lee Dorsey,

(3) list all Defendants: Marcus Hardy, Michael Lemke
Dr. Ghosh, Dr. Carter, Dr. Shaefer, Dr. Obaisi,
P.A. Williams

(4) Court in which lawsuit was filed: U.S. District
Court: Northern Dist. of Ill.

(5) Name of Judge: Andrea R. Wood

(6) Basic claim made: Deliberate Indifference to
my serious medical needs

(7) Disposition of case: Pending

(N) Name of case and Docket number: Dorsey v. Katz
Case No. 99-CV-7745

(1) Approximate Date of filing: N/A

(2) list all plaintiffs: James Lee Dorsey

(3) list all Defendants: Stuart Katz

(4) Court in which lawsuit was filed: U.S. Dist. of
Court: Northern Dist. of Ill.

(5) Name of Judge: N/A

(6) Basic claim made: N/A

(7) Disposition of case: Dismissed

(0) Name of Case and Docket number: Dorsey v. Cook County Dept. of Corrections: Case No. 04-cv-897

(1) Approximate Date of filing: N/A

(2) List all plaintiffs: James W Dorsey

(3) List all Defendants: Cook County Dept. of Corrections.

(4) Court in which lawsuit was filed: U.S. District Court: Northern Dist. of Ill.

(5) Name of Judge: N/A

(6) Basic claim made: N/A

(7) Disposition of Case: Dismissed

(P) End:

Statement of Claim

Plaintiff: James Lee Dorsey #R03996 an Inmate at Stateville. Corr. Center Since (2009) Brings this 1983 U.S.C. Civil Suit Against the following Stateville. Corr. Centers Staff:

(1) Correctional officer: Michelle Williams (2) Sgt. Taylor (3) Sgt. Deth Row (4) Lt. MS. Bishop (5) Lt. Jacobs (6) Internal Affairs officer: mr. Stacky (7) Major: lake (8) placement officer: Karen Rabideau (9) Warden: Randy pfister (10) I.D.O.C Director John Baldwin

(For)

1 Retaliation
2 Deliberate Indifference to my safety
3 Malicious & Sadistic Conduct
4 Campaign of Harrassment
5 Discrimination Against Americans with Disabilitys
6 Intentional Infliction of Emotional Distress
7 Collusion

(1st, 8th And 14th Amendment)

—Deprivations—

Each named Defendant at all Times Acted Under Color of State law And In their Individual And official Capacitys.

(Protected Conduct)

Plaintiff Has Repeatedly excersized His 1st
amendment Const. Right to file Geivvances and
Civil suits  Prior to (9/8/16)

(Motivating factors)

Plaintiff at the Time prior to 9/8/16, Had
(4) Civil suits pending Against Stateville.C.C.s
staff: and Had Filed over 50 Geivvances
Against multiple stateville staff Members.

Facts
Ⓐ

( Correctional officer: michelle williams )

① on 9/8/16: plaintiff was Housed In cell 139
AT Stateville.C.Cs (Deltahouse)

② Cell 139 Sits Directly Infront of the entee lock
May Be 10-15 Feet Away.

③ c/o: Ms williams was the Door officer and Has
THE Key For C12 Gallery.

④ Plaintiff Informed c/o:williams that He had A
medical pass For 1:20 p.m. note: plaintiff is in
Cell (139) Directly In front of the Door And
only Several Feet Away from c/o: williams

⑤ C/o: Williams Refuses To Let plaintiff out For His Medical appointment: C/o: Williams states "So what"

⑥ C/o: Williams then walks Directly In front of Cell (139): then stands A Conversation with Lt. Bishop And C/o: Brown

⑦ plaintiff then Call out To Lt. Bishop Informing Her, that He Has a medical appointment. Lt. Bishop Says. Sgt: TAYLOR Has The key:

⑧ Sgt: Taylor. at the time Was on A Higher Gallery-

⑨ Sgt: Taylor then Comes Down to (1) Gallery About (10) minutes later, He then Joins The on Going Conversation, Between Lt. Bishop, C/o: Brown And C/o: Williams;

⑩ plaintiff then calls out to Sgt: Taylor (3) Times He Ignores plaintiff, plaintiff yells, I Have A Medical Appointment, Sgt: Taylor States Ms. Williams Has The Key For (1) Gallery

⑪ plaintiff states to Sgt: Taylor: C/o: Williams is Refusing to let me out For my Medical appointment.

⑫ Plaintiff is then Attacked verbally By Ms. Williams In front of Staff And Numerous Inmates. Stating The following:

① Dorsay Your, A snitch!

② You Tell, Every Thing!

③ You Can't Hold Water!

④ You, Snitch!

⑤ Mother fuckers Be suing For stupid shit.

⑥ We can't stand, Your ass

⑦ I'm going to get your ass.

— Ⓑ —

⑬ 9/9/16: Plaintiff Files Grievance and Formal Complaint against C/o: Williams: Lt. Bishop, Sgt. Taylor and C/o: Brown

⑭ Lt. Bishop At all Times was the assigned lieutenant of Delta and oversees THE Daily operations of Delta House and is Responsible For the Safety of Both Staff and In mates on Her watch, Lt. Bishop Facilitated, Condone and turned A Blind Eye To the Actions of C/o: Williams and Gave false STATEMENTS Concerning the conduct of C/o: Williams against plaintiff;

⑮ Sgt. Taylor: Was THE Assigned Sgt. and Runs the Daily operations of Delta house And is Responsible For the safety of Both Staff and Inmates under His Watch, Facilitated Condoned And Turned a Blind Eye To the Conduct of C/o: Williams against plaintiff And Gave false STATEMENTS Concerning THE Conduct of C/o: Williams

(C)

(Chronogical Events of Retaliation)

(16) 9/22/16: Plaintiff is Interviewed By Internal Affairs officer: Mr. Starky: (Starky's mind was already made up).

(17) Plaintiff is MET with Hostility, Prejudice, and A Strong Bias from Mr. Starky:

(18) Plaintiff is called A Gang Banger, Starky made It clear to plaintiff That He was not Going To Take my Word over His officers, He called me a Trouble maker, He was extremely partial.

(19) Starky: Facilitated, Condoned and Turned a Blind eye to the Conduct of c/o: Williams on 9/8/16

(D)

(9/23/16)

20. Plaintiff is on The special needs Yard, For about An Hour:

21 Plaintiff is then approached By c/o: Facen: Facen Tells plaintiff, Dorsey you are going Back To the Cell House to pack Your Property, You're moving to Bravo House.

22. Plaintiff is then escorted Back To Delta House:

23 As c/o: Facen escorts plaintiff to Delta house c/o: Facen states to plaintiff, Dorsey I had nothing To Do with this, They say you are a Troublemaker

And they want all Trouble makers out of the Cell house?

(24) plaintiff, asks c/o: Facen who says I'm a Trouble maker, Facen states Lt. Bishop, Sgt. Taylor and c/o: Ms. Williams, Don't like you Because of the Grievances and lawsuits, you have against staff.

(25) c/o: Facen Further states to plaintiff, c/o: ms. williams is maJor: lakes (Girl), Even if SHE's wrong, SHE will always Be Right, in His Eyes!

(26) c/o: facen states to plaintiff as we are Entering Delta house, Dorsey "Please" Don't mention my name I will Be leaving stateville. Soon, and Be Careful.

(27) plaintiff is then kicked out of Delta House. Where He Has Been Housed since (2009) And was at low aggression Cell House, plaintiff is placed in Bravo House, Bravo House was Known For a lot of gang Activity and plaintiff Had Numerous Enemies In Bravo House.

(E)
(Placement officer: Karen Rabideau)

(28) Karen Rabideau, is the Sole Placement officer SHE Controls, what cells Inmates are moved Into, And With whom.

(29) (Brief History of plaintiff's Relationship with Karen Rabideau)
MS. Rabideau, Has shown nothing But Disdain For plaintiff
Due to pending Civil suits, and Grievances Filed against
Her and Her Colleagues, plaintiff Had several Grievances
against MS. Rabideau Because she Continued To place
plaintiff in the cell with (S.T.G) members, That she was
Aware were Enemies of plaintiff.

(30) 9/23/16: plaintiff was placed In cell (228) In
Bravo House, This cell was In fested with Roaches
and spiders;

(31) 9/28/16: placement officer: Karen Rabideau
Maliciously places: Inmate: lee Cration #N53788
In cell with plaintiff.

(32) As Inmate: lee Cration, was Moving Into cell 228
with plaintiff: Bravo House: SGt: Dethrow states
MS. Rabideau, Must Have you on Her "SHiT list"
This Guy is Trouble: Dorsey you will not Be Able To
live with Him: Inmate: Cration Had A History of
Assaults and was Extremely unstable.

(G)

(Actions of Inmate: Cration In cell (228))
① slammed T.V. on the floor from the Top Bunk.
② would urinate on the Floor and on the Toilet, Each
Time plaintiff, Cleaned cell..

③ Would stand over plaintiff and pace The floor at (1-3:A.M.) As plaintiff Attempted to sleep.

④ Would refuse to step aside as plaintiff Attempted to walk pass.

⑤ stated often that He (Creation) Did not Care About Dieing In jail, and He Didnt Care About Killing Some one Else.

⑥. stated often, that He was a Gang Chief.

⑦ Inmate: (Creation) Would Bounce up and Down on His Bunk Repeatedly as plaintiff Attempted To sleep.

⑧. plaintiff: witnessed a Heated Verbal Confrontation Between, Inmate: Creation and: SGt: Dethrow Because of the Barber Shop list; Creation Threatened To Have SGt: Dethrow family Killed.

⑨. plaintiff: immediately Request To be Seperated From Creation;

(H)

㉝ On or About 10/15/16; Plaintiff speaks to SGt: Dethrow, Plaintiff pleads with SGt: Dethrow To Seperade Him and Creation; SGt: Dethrow states there is nothing He Could Do.

(34) Several Days later plaintiff Request that
Sgt. Dethrow Intervene, and move plaintiff
out of Cell (228). He refused.

(35) Plaintiff: Then Asks For a Crisis Team.
Sgt. Dethrow; states Lt. Jacobs is A
Crisis team member, plaintiff Request To speak
with Lt. Jacobs.

(36) Maybe an Hour later: Sgt. Dethrow states
To plaintiff, that Lt. Jacobs Does not
Want To Talk to you. He Further states to
plaintiff: (You know why)
(I)
( Protected Conduct)

(37) plaintiff: Has Filed Several Grievances since
Being kicked out of Delta House on 9/8/16.
Grievances: Dated, 9/8/16; 9/23/16/ 9/28/16
10/10/16; on 10/18/16; plaintiff Sent Complaint
About staff Conduct To I.D.O.C. Director.
Mr John Baldwin:
(J)

(38) on 11/10/16; The staff at stateville. C.C. Attempts
To Have plaintiff Transferred To Menard. C.C.

(39) plaintiff: Ask Sgt. Dethrow yet again For
a Crisis team.

(18)

(40) Lt. Jacobs, again Refuses to speak to plaintiff.

(41) In the staff Haste To Get Rid of plaintiff They Could not Get plaintiff's medical Hold lifted.

K

(11/13/16)

(42) On or About 11/13/16: Plaintiff Relative martez nelson: who Has Come to Visit plaintiff During plaintiffs: Entire In carceration is Approach By (3) Stateville c.cs staff Members: (2) Correctional officers (1) lieutenent or majore: (JohnDoe), Detain and Interrogate Martez nelson: Ask Mr. nelson multiple Questions About plaintiff: Then Question Mr. nelson About His Relationship with plaintiff: note: plaintiff Has Been Incarcerated since may 12, 1998, my family Has never Been Harrassed.

(L)

(43) On 11/18/16: Plaintiff files an Emergency Injunction Against I.D.o.c: Director: John Baldwin: Warden: Randy pfister And placement officer: Karen RaBideau.

(M)

(44) On 11/28/16: Plaintiff Receives Order By mail
From The Honorable: Matthew F. Kennelly: Concerning
Emergency Injunction Filed By plaintiff
Note: Before plaintiff Receives Response to (911)
Injunction Filed on 11/18/16: it is Held
By statevilles staff For (4-5) Days, Before
Plaintiff Receives it.

(N)

(45) On or About: 11/28/16: plaintiff Again Approaches
Sgt: Deth Row About Getting Seperated From Inmate
Creation, Due to The Severe Emotional Stress: Sgt:
DethRow, Tells plaintiff, To Write Down Exactly
what is Going on In the CHI And He Will Give
The letter To Lt. Jacobs

-○-

(12/1/16)

(46) On 12/1/16: Plaintiff leaves statoville, cc, to Go on
Criminal Court writ, At approximately (5:45. AM)
Plaintiff: Gives Inmate John Doe an Sealed
Envelope to Give to Sgt: DethRow.

(47) As plaintiff is on Criminal Court writ, Both
Sgt: DethRow and Lt. Jacobs: Maliciously Gives
letter to Internal Affairs.

(48) upon Returning From Criminal Court writ, plaintiff
Passes Lt. Jacobs At Gate (5) During Shift Change
At Approximately 2:30 - 3:00. p.m.

(49) As Lt. Jacob passes, plaintiff Lt. Jacobs
Glares at plaintiff (I Got you) He states.

(50) plaintiff then returns to Bravo House, and is Immediate
stopped By (3-11 Shift) SGt. Grant, who states
To plaintiff: look Dorsey, I Do not Have Any
Thing to Do with this, And I Don't Have Any
Thing against you? But you Are Going to
Segregation: I Don't Know What For.

(51) plaintiff is stripped of all personal
property And then placed In stateville
C.C.s X-House which is extremely Isolated
And without a Hearing
(P)

(52) plaintiff: Then files multiple Grievances Concerning
The Illegal Segregation Confinement: 12/1/16
12/2/16 - 12/6/16 - 12/18/16; Are the Dates that
plaintiff filed Grievances Requesting Immediate
Release from (Seg).

- ① -

53) On 12/20/16: Plaintiff was finely Interviewed By Internal Affairs officer: JaBorek: who states To plaintiff, that His Boss, MR. Starky Had plaintiff placed In (Segregation)

Ⓡ

(False and manipulated Disciplinary Report)

54) The Disciplinary Report was Based on a letter of "Crisis". Written By Plaintiff, Asking For "Immediate" Intervention: The letter was Altered And manipulated By Internal affairs Investigator: mr: starky: This retalitory Conduct caused plaintiff a significant Atypical Hardship:

Ⓢ

(Major: lake)

55) at all Times acted under Coloe of state law And In His Individual and official Capacity When He facilitated, Condoned and turned A Blind Eye, to the on Going Retalitory Conduct of all Mentioned Defendants and willfully participated In the on Going Deprivations By Signing the False and Fabricated: Disciplinary Report on 12/20/16:

(T)

( WARDEN: Randy pfister )

(56) WAS the WARDEN: at all TIMES Relevant and
acted under Color of state law and In His official
And Individual Capacity's: is the chief Admini-
strative officer For stateville. C.C. Has Condoned
and participated in the on Boing Deprivations And
Failed To prevent known Civil Rights Deprivations
Against plaintiff: WARDEN: pfister Within His
Supervision Had the authority To Correct THE
Wrong Done to plaintiff!

(U)

(57) ( I.D.O.C. Director: John Baldwin )
At all TIMES Acted under Color of State law
And in His official Capacity Had Complete authority
To intervene: However He Turned A Blind Eye
Condone and facilitated Each Deprivation Inflicted
upon plaintiff

(V)

( Americans with DisaBilitys Discrimination )
(58) plaintiff Suffers from the following DisaBilitys.
(physical)

(1) Blind in Right Eye
(2) Walks With aid of Crutch
(3) Has osteo Arithis

(4) DEGENERATIVE DISC DISEASE
(5) NEUROPATHY
(6) SEVERAL BULGING DISC'S
(7) HYPERLYPEDEMIA
(8) SEVERE SPINAL STENOSIS
(9) SEVERE ARTHIS IN RIGHT KNEE

(MENTAL DISABILITYS)

(10) PLUNTIFF IS BIPOLAR
(11) POST TRAUMATIC STRESS DISORDER
(12) ANXIETY ATTACKS
(13) SEVERE PANICK ATTACKS
(14) DEPRESSION

(W)

(RE CRIMINATION)

(59) PLUNTIFF: GRIEVANCES AND CIVILSUITS ARE CONSTIT-
TIONALLY PROTECTED SPEECH UNDER THE SPEECH AND
PETITION CLAUSES OF THE 1ST AMENDMENT. A PRISONER
IS ENTITLED TO TAKE ADVANTAGE OF GRIEVANCE
PROCEDURES, WITHOUT FEAR OF RECRIMINATION
AND IF A OFFICIAL RETALIATES AGAINST THE PRISONER
FOR MAKING NON-FRIVOLOUS CLAIMS, THE OFFICIAL
VIOLATES INMATES 1ST AMEND. RIGHTS:

(8)

(Prayer for Relief)

① Compensatory Damages
② punitive Damages
③ Injuctive Relief
④ Attorney fees and Costs, and any other Relief the Court Deems, proper.

Respectfully, submitted
James Le Dorsey —
I.D.# R03996¹ Stateville.
C.C: P.O. Box 112
Joliet, ill. 60434

25

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks relief for (1) retaliation (2) Deliberate indifference to my safety (3) campaign of Harrassment (4) A.D.A. Discrimination (5) Intentional Infliction of Emotional Distress (6) Malicious and sadistic conduct (7) collusion; 1st, 14th and 8th Amendment; Deprivations plaintiff seeks; punitive, compensatory, damages and injunctive relief; Attorney fees and costs, and other relief the court deems proper.

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __6 th__ day of __August__, 20 __18__

__James Lee Dorsey__
(Signature of plaintiff or plaintiffs)

__James Lee Dorsey__
(Print name)

__R03886__
(I.D. Number)

__Stateville. Corr. Center  P.O. Box-112__
__Joliet, Ill. 60434__
(Address)

United States IN THE District Court

For the Northeen Dist, of Il, Eastren Division.

James Lee Dorsey                    )
Plaintiff/Petitioner                )
                                    )
              Vs.                   )          No._____
                                    )
_____             )
Defendant/Respondent                )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S          TO:_____
Court House: 219 S, Dearborn      _____
Chigo, il, 60604                  _____
                                  _____

PLEASE TAKE NOTICE that on August 16 23rd , 20 18 . I placed the
attached or enclosed documents in the institutional mail— E-Filed
at  Stateville          Correctional Center, properly addressed to the
parties listed above for mailing through the United States Postal Service

DATED: 8/16/18              /s/ James Lee Dorsey
                            Name: James Lee Dorsey
                            IDOC#: R03926
                            Address: Stateville Corr. Center
                                     Joliet, il, 60434
                                     p10.Box—112

OFFICIAL SEAL
RALPH BURKYBILE
Notary Public - State of Illinois
My Commission Expires 5/13/2020

Subscribed and sworn to before me this 16 day of august 20 18

_____
Notary Public